■ In the Matter of MULTI-PAK SALES CORP., Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.—Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on March 10, 1987, unanimously affirmed, without

costs and without disbursements. Motion by petitioner-appellant to enlarge the record on appeal to include a certain affidavit denied. No opinion. Concur—Sandler, J. P., Carro, Asch, Milonas and Rosenberger, JJ.